1  PRICE LAW GROUP, APC
2  G. Thomas Martin, III (Bar No. 218456)
   15760 Ventura Boulevard, Suite 1100
3  Encino, California 91436
   Telephone: 818.907.2030
4  Facsimile: 818.205.3730
5  tom@plglawfirm.com

6  Attorney for Plaintiff
7  KATHERINE M. EVANS

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  KATHERINE M. EVANS,              Case No.: SACV13-1758 DOC (DFMx)

13         Plaintiff,

14                                   COMPLAINT FOR VIOLATION
                                     OF:
15     vs.                           1. THE FAIR DEBT
16                                      COLLECTION PRACTICES
   MIDLAND CREDIT                       ACT, 15 U.S.C. § 1692
17 MANAGEMENT, INC., a foreign      2. THE ROSENTHAL FAIR DEBT
   corporation; and DOES 1 to 10,      COLLECTION PRACTICES
18 inclusive,                          ACT, CAL. CIV. CODE § 1788
19
20         Defendant.                DEMAND FOR JURY TRIAL

21

22            COMPLAINT FOR DAMAGES

23         I.     INTRODUCTION

24     1.    Katherine M. Evans ("Plaintiff"), an individual consumer, brings this

25  action against Midland Credit Management, Inc. ("Defendant"), a foreign

26  corporation, to seek redress for Defendant's alleged violations of the Fair Debt

27  Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, and the Rosenthal Fair

28  Debt Collection Practices Act ("RFDCPA"), CAL. CIV. CODE § 1788.

- 1 -
COMPLAINT FOR DAMAGES

## II.   **JURISDICTION AND VENUE**

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) which states that any action to enforce liability created by the FDCPA may be brought in any appropriate United States District Court.  Jurisdiction of this Court also arises under 28 U.S.C. §§ 1331, 1337 and 1367.  Pursuant to 28 U.S.C. § 1367, jurisdiction is also proper as Plaintiff's RFDCPA claim as it is so related to Plaintiff's FDCPA claim that it forms part of the same case or controversy under Article III of the United States Constitution.

3.      Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in this district because Defendant transacts business in this District and Defendant's collection communications were received by Plaintiff in this District and thus, a substantial part of the events or omissions giving rise to this action occurred in this District.

## III.   **PARTIES**

4.      Plaintiff is an individual, residing in Huntington Beach, Orange County, California 92647.  Plaintiff is a natural person obligated or allegedly obligated to pay any debt and, as such, Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).  Plaintiff is a natural person from whom a debt collector seeks to collect a consumer debt which is due and owing or alleged to be due and owing from such person.  Thus, Plaintiff is a "debtor" as defined by the RFDCPA, CAL. CIV. CODE § 1788.2(h).

5.      Defendant is a corporation, registered under the laws of the State of Kansas.  Defendant's principle place of business is 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108.  Defendant's Registered Agent for Service of Process in California is CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

6.      Defendant's principal purpose is the collection of debts and Defendant regularly collects or attempts to collect the debts owed or due or asserted to be owed or due another.  Defendant regularly uses the telephone and

the mail to engage in the business of collecting debt in several states including, California. Thus, Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7.     In the ordinary course of business, regularly, on behalf of itself or others, Defendant engages in debt collection and thus, Defendant is a "debt collector" as defined by the RFDCPA, CAL. CIV. CODE § 1788.2(c). Defendant regularly engages in the collection of debt by telephone in several states including, California.

8.     The true names and capacities, whether individual, corporate, or in any other form, of Defendants Does1 through 10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues them by such fictitious names. Plaintiff will seek leave to amend this Complaint to show the true names and capacities of Does 1 through 10 should they be discovered.

## IV.   FACTUAL ALLEGATIONS

9.     Within one year prior to the filing of this action, Defendant contacted Plaintiff in the attempt to collect a debt originally incurred with another creditor ("alleged debt").

10.     The alleged debt is an obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment. Thus, the alleged debt is a "debt" as defined by 15 U.S.C. § 1692a(5).

11.     The alleged debt is money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction, which qualifies as a "consumer debt," as defined by RFDCPA, CAL. CIV. CODE § 1788.2(f).

///

- 3 -
COMPLAINT FOR DAMAGES

12.     At all times relevant to this action, Defendant owned, operated and/or controlled telephone number (800) 265-8825.  At all times relevant to this action, Defendant called Plaintiff from, but not limited to, telephone number (800) 265-8825.

13.     Within one year prior to the filing of this action, Defendant regularly called Plaintiff from a numbers that appeared on Plaintiff's caller identification as "unknown," "unavailable," "private" and/or blocked.

14.     Within one year prior to the filing of this action, Defendant constantly and continually called Plaintiff at, but not limited to, Plaintiff's telephone number (714) 454-7470.

15.     Within one year prior to the filing of this action, Defendant caused Plaintiff's telephone to ring or engaged Plaintiff in telephone conversations repeatedly.

16.     Within one year prior to the filing of this action, Defendant regularly called Plaintiff multiple times over the course of one day.

17.     Within one year prior to the filing of this action, Defendant regularly called Plaintiff once and then called Plaintiff again immediately thereafter.  For example, on or about, but not limited October 7, 2013, Defendant called Plaintiff at 6:29 p.m. and 6:32 p.m.

18.     Defendant's conduct as described in detail above was done to harass, oppress, or abuse Plaintiff.

19.     Defendant's conduct as described in detail above amounted to an unfair or unconscionable means to collect or attempt to collect the alleged debt.

## V.     FIRST CAUSE OF ACTION

### (Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)

20.     Plaintiff incorporates herein by reference all of the above paragraphs of this Complaint as though fully set forth herein at length.

21.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated 15 U.S.C. §1692d by engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of the alleged debt; and

(b)     Defendant violated 15 U.S.C. §1692d(5) by causing a telephone to ring or engaging any person in telephone conversations repeatedly or continuously with the intent to annoy, abuse, or harass any person at the called number; and

(c)     Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means in connection with the collection of an alleged debt.

22.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

23.     As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

## VI.    SECOND CAUSE OF ACTION

### (Violation of the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788)

24.     Plaintiff incorporates herein by reference all of the above paragraphs of this Complaint as though fully set forth herein at length.

25.     Defendant violated the RFDCPA. Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated CAL. CIV. CODE § 1788.11(d) by causing a telephone to ring repeatedly or continuously to annoy the person called; and

(b)     Defendant violated CAL. CIV. CODE § 1788.11(e) by communicating, by telephone or in person, with the debtor with such frequency as to be

1  unreasonable and to constitute an harassment to the debtor under the
2  circumstances; and

3      (c)    Defendant violated CAL. CIV. CODE § 1788.17 by collecting or
4  attempting to collect a consumer debt without complying with the provisions of
5  Sections 1692b to 1692j, inclusive, of . . . Title 15 of the United States Code (Fair
6  Debt Collection Practices Act).

7          (i)    Defendant violated CAL. CIV. CODE § 1788.17 by violating 15
8  U.S.C. § 1692c(c) by communicating with a consumer after a consumer notifies
9  the debt collector in writing that the consumer refuses to pay a debt or that the
10  consumer wishes the debt collector to cease further communication with the
11  consumer; and

12         (ii)    Defendant violated CAL. CIV. CODE § 1788.17 by violating 15
13  U.S.C. § 1692d by engaging in conduct, the natural consequence of which is to
14  harass, oppress or abuse any person in connection with the collection of the
15  alleged debt; and

16         (iii)    Defendant violated CAL. CIV. CODE § 1788.17 by violating 15
17  U.S.C. §1692d(5) by causing a telephone to ring or engaging any person in
18  telephone conversations repeatedly or continuously with the intent to annoy,
19  abuse, or harass any person at the called number; and

20         (iv)    Defendant violated CAL. CIV. CODE § 1788.17 by violating 15
21  U.S.C. § 1692f by using unfair or unconscionable means in connection with the
22  collection of an alleged debt.

23     26.    Defendant's acts, as described above, were done intentionally with
24  the purpose of coercing Plaintiff to pay the alleged debt.

25     27.    As a result of the foregoing violations of the RFDCPA,
26  Defendant is liable to Plaintiff for declaratory judgment that Defendant's
27  conduct violated the RFDCPA, actual damages, statutory damages, and
28  attorney's fees and costs.

## VII.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

(a)     Declaratory judgment that Defendant violated the FDCPA and the RFDCPA pursuant to 28 U.S.C. §§ 2201 and 2202; and

(b)     Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and CAL. CIV. CODE § 1788.30(a); and

(c)     Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2) and CAL. CIV. CODE § 1788.30(b); and

(d)     Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) and CAL. CIV. CODE § 1788.30(c);

(e)     Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; and

(f)     For such other and further relief as the Court may deem just and proper.

## VII.   **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff demands a trial by jury in this action.

RESPECTFULLY SUBMITTED,

Dated: October 31, 2013                    PRICE LAW GROUP, APC

By: _____

G. Thomas Martin, III
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ David O. Carter _____ and the assigned Magistrate Judge is _____ Douglas F. McCormick _____ .

The case number on all documents filed with the Court should read as follows:

### 8:13CV1758 DOC DFMx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

November 6, 2013

Date

By  J.Prado

Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ **Western Division**
312 N. Spring Street, G-8
Los Angeles, CA 90012

☒ **Southern Division**
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ **Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| KATHERINE M. EVANS | MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation; and DOES 1 to 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| G. Thomas Martin, III (SBN 218456)<br>PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100, Encino, CA  91436 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No     ☑ MONEY DEMANDED IN COMPLAINT: $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

47 U.S.C. § 227 et seq. Violations of the Telephone Consumer Protection Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | IMMIGRATION | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | | ☐ 871 IRS-Third Party 26 USC 7609 |

SACV13 1758

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Kansas |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 11/01/2013

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |