JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M. EVANS,<br><br>　　　　Plaintiff(s),<br><br>　　V.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>　　　　Defendant(s). | CASE NO. **SACV 13-1758-DOC(DFMx)**<br><br>ORDER DISMISSING CIVIL ACTION |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **July 30, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: May 23, 2014

　　　　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge